UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THANG LAI | CIVIL ACTION |
| VERSUS | NO: 08-3984 |
| N. BURL CAIN | SECTION: R |

**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations, hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that plaintiff's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __6th__ day of February, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE